McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,   )<br>  )<br>     v.                     )<br>  )<br>HENRY SANDERS,              )<br>  )<br>            Defendant.      )<br>_____) | CASE NO.1:04-CR-5272 AWI<br><br>ORDER FOR DISMISSAL OF<br>INDICTMENT AND RECALL OF<br>WARRANT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein be dismissed against defendant HENRY SANDERS, only without prejudice and in the interest of justice, and any warrant shall be recalled.

IT IS SO ORDERED.

**Dated:   December 10, 2007**            /s/ Anthony W. Ishii
                                          UNITED STATES DISTRICT JUDGE

1